IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>2021 Harley-Davidson, VIN 1HD1YDJ11MB052273; 2018 Hideout Camper, VIN 4YDT26R28JN248254; 2013 Polaris RZR, VIN 4XAXE7EA6DF250038 | MJ 22-45-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of June, 2022

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1